1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>     v.<br><br>DAVID EDWARD HAMPTON, JR.<br><br>       Defendants. | CASE NO.  5:14-MJ-00014 JLT<br><br>ORDER TO UNSEAL COMPLAINT<br><br>(Doc. 6) |

   This complaint was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.  On March 26, 2014, the Government moved the Court to unseal the complaint because the defendant has been arrested, there "no longer exists any reason to keep the complaint under seal . . ."  (Doc. 6)

   IT IS HEREBY ORDERED that the case be unsealed as to all defendants, and be made public record.

IT IS SO ORDERED.

 Dated:  **March 26, 2014**       **/s/ Jennifer L. Thurston**
               UNITED STATES MAGISTRATE JUDGE