KYLE J. HUMPHREY (SBN 118477)
THE LAW OFFICES OF KYLE J. HUMPHREY
2211 17th Street
Bakersfield, CA 93301
(661) 327-1360 (phone)
(661) 327-2942 (facsimile)

Attorney for
David Edward Hampton Jr.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-CR-00058 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUANCE OF STATUS CONFERENCE** |
| vs. | |
| DAVID EDWARD HAMPTON JR., | **Date:  June 2, 2014** |
| Defendant | **Time: 1:30 p.m.** |

The Defendant, DAVID EDWARD HAMPTON, by and through his attorney of record, Kyle J. Humphrey, and the United States of America, by and through its attorney of record, Brian Delaney, hereby stipulate as follows:

1. The status conference in this matter is currently set for June 2, 2014 at 1:30 p.m.

2. The defense is seeking a continuance of the status conference on the grounds that defense counsel is continuing investigation and continuing to discuss possible resolutions with the prosecuting agency.   The discovery in this case is voluminous and complicated.

3. The defense is requesting that Mr. Hampton's status conference be continued to August 11 or August 18, 2014, at the convenience of the court.

4. The United States has no objection to the requested continuance and the dates selected.   The dates were selected after consultation between the attorneys regarding the reason for the defense's request.

5.     The parties agree that the time until the next status conference be excluded under the Speedy Trial Act for counsel availability and to preserve the interests of justice under 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED.**

DATED: May 29, 2014                          The Law Office of Kyle J. Humphrey


                                             By: /s/  Kyle J. Humphrey_____
                                             Kyle J. Humphrey
                                             Attorney for   Defendant
                                             Alejandro Perez


DATED:  May 29, 2014                         United States Attorney's Office


                                             By: /s/ Brian Delaney_____
                                             Brian Delaney
                                             Assistant United States Attorney

[ORDER APPEARS ON FOLLOWING PAGE]

Joint Stipulation of all parties to Continue Trial - 2

**ORDER**

IT IS HEREBY ORDERED that the Status Conference date, currently set on June 2, 2014, at 1:30 p.m., be continued to August 18, 2014, at 1:30 p.m.   Time is excluded through the date of the next Status Conference under the Speedy Trial Act, for the reasons set forth in the parties' stipulation.

IT IS SO ORDERED.

Dated:   **May 30, 2014**                              **/s/ Sheila K. Oberto**
                                                                    UNITED STATES MAGISTRATE JUDGE